IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| YUHANNA A. SHERRIFF, ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | No. 3:20-CV-00989-E (BH) |
| ) | |
| MARK CHRISTIAN, et al., ) | |
|     Defendants. ) | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, Defendants' *Motion to Dismiss and Memorandum in Support Thereof* (doc. 28) is **GRANTED IN PART.** By separate judgment, the plaintiff's claims will be **DISMISSED WITH PREJUDICE**.

**SIGNED** on this 17th day of May, 2021.

_____
**ADA BROWN
UNITED STATES DISTRICT JUDGE**